UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
JOSE DERAS,

                Petitioner,

   - against -

METROPOLITAN TRANSPORTATION
AUTHORITY,

                Respondent.
-----------------------------------------------------------X

**JUDGMENT**
11-CV-5912 (RRM) (CLP)

A Memorandum and Order of the undersigned having been issued this day granting defendant's motion to dismiss and ordering that all claims brought by plaintiff as against defendant be dismissed, and further directing the Clerk of Court to enter judgment accordingly and to close this case, it is

ORDERED ADJUDGED AND DECREED that plaintiff take nothing of defendant; and that all claims brought by plaintiff as against defendant are dismissed; and that this case is hereby closed.

Dated: Brooklyn, New York
      March 22, 2013

*Roslynn R. Mauskopf*

_____
ROSLYNN R. MAUSKOPF
United States District Judge